IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY S. SNYDER<br>and DEAN D. SNYDER,<br>her husband<br>          Plaintiffs,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br>          Defendant. | Civil Action No.:<br>1:18-cv-656<br><br>(Judge Sylvia H. Rambo) |

## **STIPULATION OF SETTLEMENT**

It is hereby STIPULATED and AGREED by and between the parties and/or their respective counsel, as follows:

1. The parties herby agree that the above-captioned action is dismissed and discontinued, with prejudice as to the named Defendant;

2. Any and all claims for damages by Plaintiff which are subject to this action which otherwise arise out of any of the incidents alleged in the Complaint are hereby settled as against the named Defendant in full satisfaction of all claims, costs, disbursements and legal fees.

3. Payment of the settlement amount as agreed to by the parties will be made within thirty (30) days after approval of the Stipulation by the Court and receipt by Defendant's counsel.

4. The Stipulation of Settlement entered herein shall have no presidential value or effect whatsoever and shall not be admissible in any other action or proceedings as evidence of any other purpose except an action or proceeding to enforce this Stipulation of Settlement.

Respectfully submitted,

**SUMMERS, MCDONNELL, HUDOCK,**
    **GUTHRIE & RAUCH, P.C.**

                                **STEVENS & LEE**

__/s *Kevin D. Rauch*_____     __/s__*Daniel Bausher*_____
Kevin D. Rauch, Esquire                Daniel E. P. Bausher, Esquire
945 East Park Drive, Suite 201       111 N. Sixth Street
Harrisburg, PA 17111                  Reading, PA 19601
(717) 901-5916                          Counsel for Plaintiff
krauch@summersmcdonnell.com
Counsel for Defendant

Case 1:18-cv-00656-SHR   Document 26   Filed 01/16/19   Page 3 of 3