IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY S. SNYDER and DEAN D. SNYDER,** | : | **Civil No. 1:18-cv-0656** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

Counsel having reported to the court that this matter has settled, **IT IS HEREBY ORDERED THAT** this case is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated. This court retains jurisdiction for purposes of enforcing the settlement agreement.

  s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: January 17, 2019